ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No.14725
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
djoslyn@psalaw.com

*Attorneys for Defendants*
*Walmart, Inc. &*
*Wal-Mart Real Estate Business Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN-MICHELLE HAYES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust; WALMART, INC., d/b/a WALMART #2592, a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.:<br><br>[District Court, Clark County Case No.: A-20-816334-C, Dept. No.: XI]<br><br>**PETITION FOR REMOVAL OF CIVIL ACTION BY DEFENDANTS WALMART, INC. & WAL-MART REAL ESTATE BUSINESS TRUST**<br><br>**[JURY DEMAND]** |

COMES NOW Petitioners WALMART, INC. (hereinafter "Walmart") and WAL-MART REAL ESTATE BUSINESS TRUST (hereinafter "the Trust") (collectively "Defendants"), by and through their attorneys, the law offices of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby submit and respectfully show:

I.

Petitioners WALMART, INC. & WAL-MART REAL ESTATE BUSINESS TRUST are Defendants in the above-entitled action.

1    . . .

2                                                      II.

3           The above-entitled action was commenced by Plaintiff DAWN-MICHELLE HAYES

4    (hereinafter "Plaintiff") on June 10, 2020, in the Eighth Judicial District in and for Clark County, State

5    of Nevada. Plaintiffs served a summons and copy of their operative Complaint on Walmart on June 26,

6    2020. True and correct copies of Plaintiff's Complaint and Summons are attached hereto as **Exhibits**

7    **"A" and "B,"** respectively. Defendants filed an Answer on July 9, 2020. A true and correct copy of

8    Defendant's Answer is attached hereto as **Exhibit "C."** On July 14, 2020, Plaintiff filed a Petition for

9    Exemption from Arbitration (the "Petition for Exemption") in which Plaintiff states on page 5 that

10   Plaintiff's past medical damages now total $151,154.16. A true and accurate copy of Plaintiff's Petition

11   for Exemption is attached hereto as **Exhibit "D."**

12                                                     III..

13          This Petition is timely filed pursuant to 28 U.S.C. § 1446(b).

14                                                     IV.

15          This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), and

16   is one which may be removed to this Court by Petitioner, pursuant to 28 U.S.C. § 1441(a).

17                                                     V.

18          Petitioner is informed, believes, and thereon alleges that Plaintiff Dawn-Michelle Hayes is, and

19   was at the time this action was commenced, a citizen of the State of Nevada.

20                                                     VI.

21          Petitioner Walmart Inc. is, and was at the time this action was commenced, a Delaware

22   corporation with its principal place of business in the State of Arkansas, and therefore a citizen of the

23   State of Delaware and a citizen of the State of Arkansas.

24                                                     VII.

25          Petitioner Wal-Mart Real Estate Business Trust is, and was at the time this action was

26   commenced, a Delaware corporation with its principal place of business in the State of Arkansas, and

27   therefore a citizen of the State of Delaware and a citizen of the State of Arkansas.

28   . . .

. . .

VIII.

The above-entitled civil action is for personal and economic damages Plaintiff allegedly incurred from an incident at a Walmart in North Las Vegas, Nevada.

IX.

A copy of Defendant's Petition For Removal Of Civil Action, seeking removal of the above-entitled action to the United States District Court, District of Nevada, together with a copy of the Summons and Complaint, have been deposited with the Deputy Clerk in the County Clerk's office for the Eighth Judicial District Court in and for Clark County, Nevada.

X.

True and correct copies of all pleadings and papers served upon Petitioner in the above-entitled action are filed herewith.

XI.

This Petition is filed with the Court within thirty (30) days after Petitioner first learned that Plaintiff is seeking reimbursement of medical expenses totaling $154,151.16, as is evidenced on p. 5 of Plaintiff's Petition for Exemption (Exhibit "D"). Plaintiff is thus clearly seeking over $75,000 in total damages, and Plaintiff's Petition for Exemption is the "first paper" referencing the fact that Plaintiff is seeking damages that clearly exceed the $75,000.00 federal diversity jurisdiction threshold.

XII.

Plaintiff's claims for damages, as well as the complete diversity of the parties, meet the requisite requirements set forth by 28 U.S.C. §1441(b) and 29 U.S.C. §1332.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1    . . .

2    **<u>PRAYER</u>**

3       WHEREFORE, Defendant prays that the above-entitled action be removed from the Eighth

4   Judicial District Court in and for Clark County, Nevada, to this Court.

5

6       DATED this 21st day of July, 2020.

7

8                     **PHILLIPS, SPALLAS & ANGSTADT LLC**

9                     */s/ Daniel E. Joslyn*

10                    DANIEL E. JOSLYN, ESQ.
Nevada Bar No.14725

11                    504 South Ninth Street
Las Vegas, Nevada 89101

12

13                    *Attorneys for Defendants*
*Walmart, Inc. &*

14                    *Wal-Mart Real Estate Business Trust*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                           **DECLARATION OF DANIEL E. JOSLYN, ESQ.**

2

3   STATE OF NEVADA                 )

4                                         ) ss.

5   COUNTY OF CLARK               )

6

7       I, DANIEL E. JOSLYN, ESQ. declare under penalty of perjury that the foregoing is true and

8 correct:

9       1.     I am an attorney, duly licensed and authorized to practice law within the courts of the

10 State of Nevada.

11       2.     I am an attorney in the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC,

12 representing Petitioners Walmart, Inc. & Wal-Mart Real Estate Business Trust, in the case of *Dawn-*

13 *Michlle Hayes v. Wal-Mart Real Estate Business Trust, et al.,* pending in the Clark County District

14 Court, Case No. A-20-8166334-C, filed in Department No. XI, of the Eighth Judicial District Court, in

15 and for Clark County, Nevada. True and correct copies of Plaintiff's Complaint and Summons are

16 attached hereto as Exhibit A and Exhibit B, respectively. I have prepared and read the foregoing Petition

17 for Removal of Civil Action and know the matters set forth to be true and correct to the best of my

18 knowledge and belief.

19       3.     The above-entitled action was commenced on June 10, 2020, in the Eighth Judicial

20 District Court in and for Clark County, Nevada, and is now pending in that Court. Defendant filed its

21 Answer on July 9, 2020. A true and correct copy of Defendant's Answer is attached hereto as Exhibit

22 C. On July 14, 2020, Plaintiff filed a Petition for Exemption from Arbitration in which it was stated that

23 she is seeking past medical damages totaling $151,154.16 for alleged injuries allegedly sustained at a

24 Walmart store in North Las Vegas, Nevada. A true and correct copy of Plaintiff's Petition for Exemption

25 is attached hereto as Exhibit D.

26       4.     On July 21, 2020, I caused to be filed with the County Clerk of the Eighth Judicial

27 District Court, in and for Clark County, Nevada, a Notice of Removal to Federal Court, seeking removal

28 of the above-mentioned action to the United States District Court, District of Nevada, together with a

true and correct copy of this Petition for Removal of Civil Action, by depositing such copy with the Deputy Clerk in the County Clerk's Office, Clark County Courthouse, 200 Lewis Avenue, Las Vegas, Nevada 89101.

5.     This Petition is filed with this Court within thirty (30) days after being served with Plaintiff's Petition for Exemption which is the "first paper" from which the amount in controversy may be ascertained in the above-entitled action. See 28 U.S.C. §1446(b). Plaintiff's Petition for Exemption indicates they are seeking a total past medical damages award of at least $151,154.16 for alleged injuries allegedly sustained at a Walmart store in North Las Vegas, Nevada. Therefore, Plaintiff's claimed damages exceed the jurisdiction requirement. See Ex. D; 28 U.S.C. §1332(a); *Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997) (holding the "court may consider facts in a removal petition and may require parties to submit summary-judgment-type evidence" to determine the amount in controversy).

6.     I caused to be served copies of the Notice of Removal to Federal Court and the Petition For Removal Of Civil Action upon Plaintiff by depositing them in the United States Mail, on July 21, 2020, in an envelope properly addressed, with sufficient postage affixed, to:

> BRIAN D. NETTLES, ESQ.
> CHRISTIAN M. MORRIS, ESQ.
> RACHEAL A. ROSS, ESQ.
> NETTLES MORRIS
> 1389 Galleria Dr
> Henderson, NV 89014

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1          I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is

2   true and correct.

3

4                            Executed this 21st day of July, 2020.

5                                **PHILLIPS, SPALLAS & ANGSTADT, LLC**

6                              */s/ Daniel E. Joslyn*

7                              DANIEL E. JOSLYN
                               Nevada Bar No. 14725

8                              504 South Ninth Street
                               Las Vegas, Nevada 89101

9

10                             *Attorneys for Defendants*
                               *Walmart, Inc. &*

11                             *Wal-Mart Real Estate Business Trust*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 21ˢᵗ day of July, 2020, I served a true and correct copy of the foregoing, **PETITION FOR REMOVAL OF CIVIL ACTION BY DEFENDANTS WALMART, INC. & WAL-MART REAL ESTATE BUSINESS TRUST [JURY DEMAND]**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
| --- | --- | --- |
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>CHRISTIAN M. MORRIS, ESQ/<br>Nevada Bar No. 11218<br>RACHEAL A. ROSS, ESQ.<br>Nevada Bar No. 14943<br>NETTLES MORRIS<br>1389 Galleria Drive, Suite 100<br>Henderson, Nevada 89014 | 702-434-8282<br>702-434-1488 (Fax) | Plaintiff |

*/s/ Joshua J. Kephart*

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC