ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
djoslyn@psalaw.net

*Attorneys for Defendants*
*Walmart Inc. and*
*Wal-Mart Real Estate Business Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN-MICHELLE HAYES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust; WALMART INC., d/b/a WALMART #2592, a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, <br><br> Defendants. | Case No.: 2:20-cv-01350 <br><br> **DEFENDANTS WALMART INC. AND WAL-MART REAL ESTATE BUSINESS TRUST'S CERTIFICATE OF INTERESTED PARTIES** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## DEFENDANTS WALMART INC. AND WAL-MART REAL ESTATE BUSINESS TRUST'S CERTIFICATE OF INTERESTED PARTIES

The undersigned attorney of record for Defendants, WALMART INC. and WAL-MART REAL ESTATE BUSINESS TRUST, certifies that there are no known interested parties other than those participating in this case. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 21st day of July, 2020.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Daniel E. Joslyn
_____

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Walmart Inc. and*
*Wal-Mart Real Estate Business Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2020, I served a true and correct copy of the foregoing **DEFENDANTS WALMART INC. AND WAL-MART REAL ESTATE BUSINESS TRUST'S CERTIFICATE OF INTERESTED PARTIES**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 11218<br>RACHEAL A. ROSS, ESQ.<br>Nevada Bar No. 14943<br>NETTLES MORRIS<br>1389 Galleria Drive, Suite 100<br>Henderson, Nevada 89014 | 702-434-8282<br>702-434-1488 (Fax) | Plaintiff |

*/s/ Joshua J. Kephart*

An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC