ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mbeckstead@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Real Estate Business Trust*
*and Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN-MICHELLE HAYES, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust; WALMART INC. d/b/a WALMART #2592, a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-01350-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

. . .

. . .

. . .

. . .

. . .

their party's own costs and attorney's fees.


DATED this   3rd   day of December, 2021.

**NETTLES | MORRIS**



*/s/ Racheal A. Ross, Esq.*
_____
RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Las Vegas, NV 89014


*Attorneys for Plaintiff*

DATED this 3rd day of December, 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**



_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc.*


## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this _7th_ day of __December__, 2021.


_____
**UNITED STATES DISTRICT JUDGE**